**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1307**

CEDRICK EURON DRAPER,

Plaintiff - Appellant,

v.

COUNTY OF AUGUSTA, VA; COMMONWEALTH OF VIRGINIA; AUGUSTA COUNTY GENERAL DISTRICT COURT; COMMONWEALTH OF VIRGINIA AUGUSTA COUNTY SHERIFF OFFICE; COMMONWEALTH OF VIRGINIA COMMONWEALTH ATTY OFFICE,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Elizabeth Kay Dillon, District Judge.  (5:20-cv-00015-EKD)

Submitted:  December 17, 2020                          Decided:  January 28, 2021

Before KING, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cedrick Euron Draper, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cedrick Euron Draper appeals the district court's order dismissing his civil action without prejudice for failure to comply with a pre-filing injunction. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Draper v. County of Augusta*, No. 5:20-cv-00015-EKD (W.D. Va. Mar. 4, 2020). We grant Draper's motion to amend his informal brief and deny his motion to appoint counsel. Finally, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*